IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 05-cv-00181-MSK-OES

FRANK SCHIMPF and
S & R COMPOST SERVICE, INC.,

Plaintiff,

vs.

STEVEN SPEAS,
DEBORAH SPEAS and
MOUNTAIN STRUCTURE, INC.,

Defendant(s).

## ORDER FOR FURTHER SETTLEMENT CONFERENCE

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 1, 2005

During the settlement conference that was conducted today, June 30, 2005, the parties agreed that further settlement discussions would probably be productive if the parties first engaged an accountant to examine and reconcile the financial transactions that underlie the dispute in this case.  The parties agreed to postpone the commencement of discovery pending the completion of an examination of the financial records.

It is therefore ORDERED that this matter is continued for a further settlement conference to be conducted **September 14, 2005**, at the hour of 1:30 p.m.  The parties are granted leave to participate in this settlement conference by telephone.

In the event that settlement discussions are not successful at that time, a date will be set for a scheduling conference.