IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 05-cv-00181-MSK-OES

FRANK SCHIMPF and
S & R COMPOST SERVICE, INC.,

Plaintiff,

vs.

STEVEN SPEAS,
DEBORAH SPEAS and
MOUNTAIN STRUCTURE, INC.,

Defendant(s).

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 15, 2005

 Defendant's Unopposed Motion to Vacate and Reset Settlement Conference [Document 24-1, Filed September 14, 2005] is GRANTED.  The settlement conference of September 21, 2005, is VACATED and RESET to **October 17, 2005**, at the hour of 3:00 p.m.