IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 05-cv-00181-MSK-OES

FRANK SCHIMPF and
S & R COMPOST SERVICE, INC.,

Plaintiff,

vs.

STEVEN SPEAS,
DEBORAH SPEAS and
MOUNTAIN STRUCTURE, INC.,

Defendant(s).

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 17, 2005

    Defendant's Motion to Vacate Settlement Conference [filed October 14, 2005, Document 28-1] is GRANTED.  The settlement conference of October 21, 2005, is hereby VACATED.