IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00181-MSK-MEH

FRANK SCHIMPF and
S & R COMPOST SERVICE, INC.,

    Plaintiffs,

v.

STEVEN SPEAS,
DEBORAH SPEAS, and
MOUNTAIN STRUCTURES, INC.,

    Defendants.

## ORDER DIRECTING THE PARTIES TO SET THIS MATTER FOR TRIAL

**IT IS ORDERED** that the parties shall jointly contact Chambers at 303-335-2289 by **January 2, 2007** to set this matter from trial.

Dated this 15th day of December, 2006

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge