IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00181-MSK-MEH

FRANK SCHIMPF and
S & R COMPOST SERVICE, INC.,

    Plaintiffs,

v.

STEVEN SPEAS,
DEBORAH SPEAS, and
MOUNTAIN STRUCTURES, INC.,

    Defendants.

## ORDER DIRECTING MAGISTRATE JUDGE TO CONVENE SCHEDULING CONFERENCE

Pursuant to this Court's Order **(#42)**, the parties telephoned the Court to obtain a trial setting. They brought to the Court's attention that no scheduling conference had been held and no scheduling order entered.

**IT IS THEREFORE ORDERED** that the Magistrate Judge shall set a new scheduling conference, immediately after which the parties shall obtain a trial date.

Dated this 22nd day of December, 2006

            **BY THE COURT:**

            *Marcia S. Krieger*
            _____
            Marcia S. Krieger
            United States District Judge