IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00181-MSK-MEH

FRANK SCHIMPF and
S & R COMPOST SERVICE, INC.,

    Plaintiffs,

v.

DEBORAH SPEAS,

    Defendant.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **December 20, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the impact of Ms. Speas' Chapter 7 Bankruptcy Petition on this case.

    Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

    Dated this 14th day of December, 2007

                                                                   **BY THE COURT:**

                                                                   _____
                                                                   Marcia S. Krieger
                                                                   United States District Judge